MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Pocci@LitchfieldCavo.com
*Attorneys for Defendant Metro One Loss Prevention Services Group (Guard Division), Inc. and Metro One Loss Prevention Services Group (West Coast), Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA PATINO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a corporation; METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION), INC., a corporation; METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC.,  a corporation; DOES 1 through 10; and ROE corporations 3 through 10, inclusive,<br><br>Defendants. | **CASE NO.:  2:24-cv-02048-RFB-EJY**<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION), INC. AND METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC. TO ANSWER SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendants *Metro One Loss Prevention Services Group (Guard Division), Inc. and Metro One Loss Prevention Services Group (West Coast), Inc.* (collectively hereinafter referred to as "Metro One") to respond to Plaintiff Angelica Patino's Second Amended Complaint is August 5, 2025.  Metro One has requested, and Plaintiff has agreed, that Metro One shall

1

...

1  have up to and including August 18, 2025, to respond to Plaintiff's Second Amended Complaint to

2  provide time for Metro One to investigate the dispute alleged in the complaint.

3      This is the first request for such an extension, and it is made in good faith and not for purposes

4  of delay.

5      Dated: August 4, 2025

LITCHFIELD CAVO LLP

D.R. PATTI & ASSOCIATES

By: /s/ Marisa A. Pocci
Marisa A. Pocci, Esq.
Nevada Bar No. 10720
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Pocci@LitchfieldCavo.com
*Attorneys for Numerica Credit Union*

By: /s/ Marc C. Naron
Marc C. Naron, Esq.
Nevada Bar No. 11665
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
T: 702-331-3391/ F: 702-385-9557
mnaron@drpfirm.com

Ace A. Lakhani, Esq.
Nevada Bar No. 15059
ACE LAKHANI LAW FIRM
100 N. City Parkway, Suite 1700
Las Vegas, NV 89106
T: 702-814-4000/F: 702-814-1500
*Attorneys for Plaintiff Angelica Patino*

**ORDER**

IT IS SO ORDERED:

/s/ Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2025

2