JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELICA PATINO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a corporation; METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION), INC., a corporation; METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC., a corporation; DOES 1 through 10; and ROE Corporations 3 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02048-RFB-EJY<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

**WHEREAS** all Parties and their respective counsel of record have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Marc C. Naron, Esq. of the law firm of DR PATTI & ASSOCIATES as counsel of record for Plaintiff ANGELICA PATINO; Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC.; and Marisa A. Pocci, Esq. of the law firm of LITCHFIELD CAVO LLP as counsel of record for Defendants METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION), INC. and METRO ONE LOSS PREVENTION SERVICES GROUP (WEST

COAST), INC., as follows:

1. That the claims herein of Plaintiff ANGELICA PATINO against named Defendants SMITH'S FOOD & DRUG CENTERS, INC. METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION), INC., and METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That there is no trial date set for this matter.

**IT IS FURTHER STIPULATED AND AGREED** that any cross-claims, counterclaims, or other claims pertaining to this matter, whether between Parties or as against as yet unnamed third parties, if any there be or should arise, shall be dismissed with prejudice, each party to bear their own fees and costs.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**IT IS SO STIPULATED.**

DATED this 27th day of August, 2026.

**D.R. PATTI & ASSOCIATES**

*/s/ Marc C. Naron*

MARC C. NARON, ESQ.
Nevada Bar No. 11665
720 South Seventh Street, Third Floor
Las Vegas, Nevada 89101
(702) 331-3391
Attorneys for Plaintiff
Angelica Patino

DATED this 27th day of August, 2026.

**COOPER LEVENSON, P.A.**

*/s/ Pooja Kumar*

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
SCOTT L. STONEHOCKER, ESQ.
Nevada Bar No. 05512
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

DATED this 27th day of August, 2026.

**LITCHFIELD CAVO LLP**

*/s/ Marisa A. Pocci*

MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
Attorneys for Defendants
Metro One Loss Prevention Services Group (Guard Division), Inc. and
Metro One Loss Prevention Services Group (West Coast), Inc.

**[ORDER ON NEXT PAGE]**

***Angelica Patino v. Smith's Food & Drug Centers, Inc.;***
***Metro One Loss Prevention Services Group (Guard Division), Inc.; and***
***Metro One Loss Prevention Services Group (West Coast), Inc.***
**Case No. 2:24-cv-02048-RFB-EJY**

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT**

**JUDGE DATED: August 28, 2026**